Submitted April 4, reversed May 14, 2014

In the Matter of J. J. S.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

J. J. S.,
*Appellant.*

Multnomah County Circuit Court
131071221; A155642

326 P3d 621

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Michael S. Shin, Senior Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her for a period not to exceed 180 days. ORS 426.130. She contends that the trial court erred in concluding that, as a result of a mental disorder, she is a danger to herself. *See* ORS 426.005(1)(e). The state concedes that the record does not contain legally sufficient evidence to support the involuntary commitment and that the trial court's judgment should be reversed. We agree, and accept the state's concession.

Reversed.